

FILED
CLERK, U.S. DISTRICT COURT
FEB 27 2023
CENTRAL DISTRICT OF CALIFORNIA
BY _____ DEPUTY

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, PLAINTIFF v. VICTOR MICHEL, DEFENDANT(S). | CASE NUMBER  2:23-MJ-00904-DUTY  ORDER OF TEMPORARY DETENTION PENDING HEARING PURSUANT TO BAIL REFORM ACT |
|---|---|

Upon motion of __the Defendant_____, IT IS ORDERED that a detention hearing is set for __Friday, March 3_____, 2023_____, at __10:00_____ ☒ a.m. / ☐ p.m. before the Honorable __Karen L. Stevenson_____, in Courtroom __580_____.

Pending this hearing, the defendant shall be held in custody by the United States Marshal or __n/a_____ and produced for the hearing.
_(Other custodial officer)_

Dated: __February 27, 2023__

__/s/ Karen L. Stevenson__
U.S. ~~District Judge~~/Magistrate Judge Karen L. Stevenson